Date: _____, 2005

## Authorization

I am \_\_\_Ali Saleh AL Bakri\_\_\_, and I have had the concept of 'next friend' explained to me in my native language. I wish to act as next friend for my \_\_\_cosin\_\_\_, who is a prisoner being held in Guantanamo Bay, and whose name is \_\_\_Ameen Mohmad AL Bkri\_\_\_ (the 'prisoner'). I hereby authorize Tina Foster (and the Center for Constitutional Rights), as well as Clive Stafford Smith (and Justice In Exile), and any person assigned by these lawyers, to act on my behalf and on the prisoner's behalf, to secure any documents and information concerning the prisoner that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available. I am sure that he would want me to assert these rights. He is a citizen of \_\_\_Yman\_\_\_.

_____
Next Friend

*Witnessed:*

\_\_\_Ali Saleh AL Bakri\_\_\_
Print Name:

بسم الله الرحمن الرحيم

**AL WATNI CARPETS EXB.**
**KHALED M. AL BAKRI**

Every Kind of Rug & Carpets Hand Made
Wollen Silky Chinese Irani Carpets

معرض السجاد الوطني
خالد محمد البكري

أنواع الأبسطة / أنواع السجاد الفاخر
صناعة بدوية / صوف / حرير / صيني / عجمي

التاريخ ۲۷ / ٥ / ١٤٢٦ هـ            الموافق ١٩ / ٦ / ٢٠٠٥ م

بسم الله الرحمن الرحيم

أنا محمد إبراهيم البكري ، أفوض السيد / علي صالح عبدالقادر البكري ، بالمراجعة والتحدث
نيابة عني فيما يخص ابني [ أسامة محمد إبراهيم البكري ] مع أي جهة كانت بما في
ذلك المعتقلين ... وأذنت لي بالشهادة على ذلك.

شاهد                شاهد                شاهد
يحيى حمزة جامع      كبير صالح العوف البكري           محمد إبراهيم البكري
                                        ١٤٢٦/٥/١٨



