## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AMEEN MOHAMMAD ALBKRI,** *et al.*, | ) | |
| | ) | |
| *Petitioners/Plaintiffs,* | ) | |
| | ) | |
| | ) | **NOTICE OF CHANGE OF** |
| **v.** | ) | **ADDRESS** |
| | ) | |
| | ) | |
| | ) | **Index No.  05-16389 (RBW)** |
| **GEORGE W. BUSH,** *et al.*, | ) | |
| | ) | |
| *Respondents/Defendants.* | ) | |

**PLEASE TAKE NOTICE** that the address of Ian Wallach, counsel to petitioners, has changed.  The new address and contact information is as follows:

Ian Wallach
21 Quarterdeck Street, Unit A
Marina Del Rey, CA  90292
Tel: (310) 822-1587
Fax: (310) 823-3458
E-mail: iwallach@nyc.rr.com

Please direct all correspondence in this matter to this address from this point forward.

Dated:  October 18, 2005

*Of Counsel*:

Barbara Olshansky (NY #0057)
Admitted *pro hac vice*
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

Respectfully submitted,

Ian Wallach (IW8631)
Admitted *pro hac vice*
21 Quarterdeck Street, Unit A
Marina Del Rey, CA  90292
Tel: (310) 822-1587
Fax.: (310) 823-3458

*Counsel for Petitioners*