IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMEEN MOHAMMAD ALBKRI, *et al.*, ) | |
| ) | |
| *Petitioners/Plaintiffs*, ) | [PROPOSED] |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | Index No. 05-1639 (RBW) |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents/Defendants*. ) | |

      **AND NOW,** this ____ day of _____, 2005, upon consideration of Petitioners' motion to appoint Ian Wallach as counsel to Petitioners under 18 U.S.C. §3006A(a)(2)(B) and an award of costs (only, as legal fees and other expenses are being donated on a *pro bono* basis), it is hereby

      **ORDERED** that Petitioners' Motion is **GRANTED**. It is further

      **ORDERED** that the Court, at its convenience but no less than ____ times per year, and at the end of this action, shall evaluate Mr. Wallach's submissions for reimbursement and, upon the Court's approval, submit such invoices for reimbursement.

      BY THE COURT:

      _____
      U.S.D.J.