# EXHIBIT B

- Iraqi detainee abus...                                      Page 1

b6 -1
b7C -1

### URGENT REPORT

DATE: JUNE 25, 2004

TO: THE DIRECTOR

CC: Deputy Director Bruce J. Gebhardt
EAD Cassandra Chandler
EAD John Pistole
AD Grant Ashley
AD Gary Bald
SC Arthur Cummings

b6 -1
b7C -1

UC [redacted]
SSA [redacted]
CT Watch
SIOC

FROM: SACRAMENTO DIVISION

FOR FURTHER INFORMATION CONTACT: ASAC David A. Picard    b2 -1
[redacted] (Main Office)
b2 -1

PREPARER OF URGENT REPORT: SSA [redacted]    b6 -1
b7C -1

b7A -1
b6 -3
b7C -3
b7D -1

PURPOSE: THE FOLLOWING INFORMATION PROVIDES INITIAL DETAILS FROM AN INDIVIDUAL [redacted] WHO OBSERVED SERIOUS PHYSICAL ABUSES OF CIVILIAN DETAINEES IN [redacted] IRAQ DURING THE PERIOD OF [redacted] IT IS BEING FURNISHED TO THE DIRECTOR BASED UPON POTENTIAL SIGNIFICANT PUBLIC, MEDIA AND CONGRESSIONAL INTEREST WHICH MAY GENERATE CALLS TO THE DIRECTOR.

b7A -1
b6 -1,3
b7C -1,3
b7D -1

SUBJECT: PRELIMINARY STATEMENTS MADE BY [redacted] TO SACRAMENTO SPECIAL AGENTS [redacted] AND [redacted]

DESCRIPTION OF MATTER:

b7A -1
b6 -5
b7C -5

[redacted] was advised that the Sacramento Field Office was not aware of any such report.

DETAINEES-1609

1609
4910

Iraqi detainee abuses

Page 2

b6 -1
b7C -1

## URGENT REPORT

b7A -1
b6 -3
b7C -3
b7D -1

_____ came into the Sacramento Field Office and provided the following:

observed numerous physical abuse incidents of Iraqi civilian detainees conducted in _____ Iraq. He described that such abuses included strangulation, beatings, placement of lit cigarettes into the detainees ear openings, and unauthorized interrogations.

b7A -1
b6 -3,4
b7C -3,4
b7D -1

_____ was providing this information to the FBI based on his knowledge that _____ were engaged in a cover-up of these abuses. He stated these cover-up efforts included

b7A -1
b6 -3,4
b7C -3,4
b7D -1

b7A -1
b6 -3,4
b7C -3,4
b7D -1

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

_____ advised that an individual did, in fact, make a complaint with Sacramento FBI Office concerning Iraqi prisoner abuse.

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

DETAINEES-1610

b7A -1
b6 -3
b7C -3
b7D -1

1610

4911



- Iraqi detainee abuses

b6 -1
b7C -1

Page 3

**URGENT REPORT**

b7A -1
b6 -3
b7C -3
b7D -1

The Sacramento Division is continuing to interview and will forward FBIHQ all details of his interview in future communications. Investigation in Sacramento is continuing.

b7A -1
b6 -3
b7C -3
b7D -1

DETAINEES-1611

1611

4912