# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED RAJEB ABU GHANEM, *et al.*, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 05-1638 (CKK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) |
| Respondents. | ) ) |
| AMEEN MOHAMMAD ALBKRI, *et al.*, | ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 05-1639 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) |
| Respondents. | ) ) |
| ALLA ALI BIN ALI AHMED, *et al.*, | ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 05-1678 (GK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) |
| Respondents. | ) ) |

## RESPONDENTS' RESPONSE TO MOTION FOR APPOINTMENT OF COUNSEL

Respondents take no position on petitioners' motion in the above-captioned cases to appoint Ian Michael Wallach as their counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.


Dated: November 2, 2005                  Respectfully submitted,

                                         PETER D. KEISLER
                                         Assistant Attorney General

                                         KENNETH L. WAINSTEIN
                                         United States Attorney

                                         DOUGLAS N. LETTER
                                         Terrorism Litigation Counsel

                                         ___/s/ Andrew I. Warden_____
                                         JOSEPH H. HUNT (D.C. Bar No. 431134)
                                         VINCENT M. GARVEY (D.C. Bar No. 127191)
                                         TERRY M. HENRY
                                         JAMES J. SCHWARTZ
                                         PREEYA M. NORONHA
                                         ROBERT J. KATERBERG
                                         NICHOLAS J. PATTERSON
                                         ANDREW I. WARDEN (IN Bar No. 23840-49)
                                         EDWARD H. WHITE
                                         Attorneys
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         P.O. Box 883
                                         Washington, D.C. 20044
                                         Tel:  (202) 514-2000

                                         Attorneys for Respondents