IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMEEN MOHAMMAD ALBKRI, *et al.*, | ) |
| *Petitioners/Plaintiffs*, | ) ) ) Civ. Action No. 05-1639 (RBW) |
| v. | ) ) NOTICE OF APPEARANCE |
| GEORGE W. BUSH, *et al.*, | ) ) ) |
| *Respondents/Defendants*. | ) ) |

PLEASE TAKE NOTICE that the undersigned counsel will represent Petitioners AMEEN MOHAMMAD ALBKRI and ALI SALEH ALBKRI in this matter. Service upon counsel may be made to:

> Gitanjali S. Gutierrez, Esq.
> **CENTER FOR CONSTITUTIONAL RIGHTS**
> 666 Broadway, 7th Floor
> New York, NY 10012
> Tel.: (212) 614-6485
> Fax: (212) 614-6499
> E-mail: ggutierrez@ccr-ny.org

> Respectfully submitted,
>
> _____/s/_____
> Gitanjali S. Gutierrez (GG1234)
> **CENTER FOR CONSTITUTIONAL RIGHTS**
> 666 Broadway, 7th Floor
> New York, NY 10012
> Tel.: (212) 614-6845
> Fax: (212) 614-6499
> E-mail: ggutierrez@ccr-ny.org
>
> *Counsel for Petitioners*

Dated: Nov. 18, 2005

## CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Counsel for Petitioners certifies pursuant to L. Cv. R. 83.2(g), that she is representing Petitioners without compensation.

Dated:  Nov. 18, 2005

/s/

Gitanjali S. Gutierrez (NY1234)
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
Tel.: (212) 614-6845
Fax: (212) 614-6499
E-mail: ggutierrez@ccr-ny.org

2