IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMEEN MOHAMMAD ALBKRI, *et al.*, | ) | |
| | ) | |
| *Petitioners/Plaintiffs*, | ) | |
| | ) | |
| | ) | [PROPOSED] |
| v. | ) | ORDER |
| | ) | |
| | ) | Civil Action No. |
| | ) | 05-CV-1639 (RBW) |
| GEORGE W. BUSH, *et al.*, | ) | |
| | ) | |
| *Respondents/Defendants*. | ) | |

Having considered Respondents' Motion to Stay Proceedings Pending Related Appeals, the opposition filed thereto, and any reply, as well as the entire record in this case, and at appearing that good cause exists for granting the motion, it is hereby

**ORDERED** that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004 in In re Guantanamo Detainee Cases, 344 F. Supp. 2d 174 (D.D.C. 2004), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004, Amended Protected Order, first issued on December 13, 2004 in In re Guantanamo Detainee Cases, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004 in In re Guantanamo Detainee Cases shall apply to the above-captioned case. It is

**FURTHER ORDERED** that the above-captioned case is stayed pending resolution of the current appeal in Khalid v. Bush, Boumediene v. Bush, 04-CV-1142 (RJL), 04-CV-1166 (RJL), 355 F. Supp. 2. 311 (D.D.C. 2005), and in In re Guantanamo Detainee Cases, 01-CV-0299, et al., 355 F. Supp. 2d 443 (D.D.C. 2005).

It is

**FURTHER ORDERED** that the stay does not apply to the determination of, or application of, the motion by petitioner Ameen Mohammad Albkri for an order of preservation currently pending before this Court.

It is

**FURTHER ORDERED** that, during the stay, respondents shall provide this Court and Counsel with 30 day's advance notice of any potential transfer of petitioner Ameen Mohammad Albkri from the Guantanamo Bay facility to any other facility or country or place.

It is

**FURTHER ORDERED** that, during the stay, respondents will immediately provide the Court and Counsel with information limited to:

1. whether petitioner Ameen Mohammad Albkri is in respondents' custody (at Guantanamo Bay or at a U.S. Military Facility elsewhere);
2. whether petitioner Ameen Mohammad Albkri is alive and in good health and whether he is participating in the hunger strike currently taking place at Guantanamo;
3. whether petitioner Ameen Mohammad Albkri has been determined to be an "enemy combatant" by a Combatant Status Review Tribunal; and
4. any identifying numbers (such as an "ICRC" number) for petitioner Ameen Mohammad Albkri, so that his counsel and family may communicate – to the extent provided in the aforementioned protective orders -- by mail.

It is

**FURTHER ORDERED** that, during the stay, respondents will produce factual returns related to petitioners within ____ days from the date of this Order.

**IT IS SO ORDERED.**

Dated:_____                    _____
                                          United States District Judge