IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMEEN MOHAMMAD ALBKRI, *et al.*,<br><br>　　*Petitioners/Plaintiffs*,<br><br>v.<br><br><br><br>GEORGE W. BUSH, *et al.*,<br><br>　　*Respondents/Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **NOTICE OF WITHDRAWAL**<br>　　　**OF COUNSEL**<br><br>　　　**Index No. 05-1639 (RBW)** |

**PLEASE TAKE NOTICE** that the undersigned counsel, Ian Wallach, hereby withdraws as counsel for Petitioners in this matter. Petitioners will continue to be represented by co-counsels Gitanjali S. Gutierrez, Esq. and Barbara Olshansky, Esq. of the Center for Constitutional Rights.

Dated: April 26, 2006　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　Ian Wallach
　　　　　　　　　　　　　　　　21 Quarterdeck Street, Suite A
　　　　　　　　　　　　　　　　Marina del Rey, CA  90292
　　　　　　　　　　　　　　　　Tel:  310.822.1587
　　　　　　　　　　　　　　　　Fax: 310.823.3458
　　　　　　　　　　　　　　　　e-mail: iwallach@nyc.rr.com