UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SALIM GHEREBI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No: 04-1164 (RBW) |
| | ) | |
| GEORGE WALKER BUSH, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| ISA ALI ABDULLA ALMURBATI, et al., | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | Civil Action No. 04-1227 (RBW) |
| v. | ) | |
| | ) | |
| GEORGE WALKER BUSH, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| ELHAM BATTAYAV | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No: 05-714 (RBW) |
| | ) | |
| GEORGE WALKER BUSH, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| KARIN BOSTAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 05-883 (RBW) |
| GEORGE WALKER BUSH, et al., | ) | |
| | ) | |

1

|  |  |  |
|---|---|---|
| Respondents. | ) | |
| NASRULLAH, | ) ) | |
|    Petitioner, | ) ) | |
|    v. | ) ) | Civil Action No. 05-891 (RBW) |
| GEORGE WALKER BUSH, et al., | ) ) | |
|    Respondents. | ) ) | |
| ASIM BEN THABIT AL-KHALAQI, | ) ) | |
|    Petitioner, | ) ) | |
|    v. | ) ) | Civil Action No. 05-999 (RBW) |
| GEORGE WALKER BUSH, et al., | ) ) | |
|    Respondents. | ) ) | |
| MOHAMMED AMON, | ) ) | |
|    Petitioner, | ) ) | |
|    v. | ) ) | Civil Action No. 05-1493 (RBW) |
| GEORGE WALKER BUSH, et al., | ) ) | |
|    Respondents. | ) ) | |

| | |
|---|---|
| AMEEN MOHAMMAD ALBKRI, et al.,   )<br>                                   )<br>    Petitioners,                  )<br>                                   )<br>    v.                             )<br>                                   )   Civil Action No. 05-1639 (RBW)<br>GEORGE WALKER BUSH, et al.,        )<br>                                   )<br>    Respondents.                   )<br>_____)<br>ABDALHADI M. AL-SOPAI, et al.,     )<br>                                   )<br>    Petitioners,                   )<br>                                   )<br>    v.                             )   Civil Action No. 05-1667 (RBW)<br>                                   )<br>GEORGE WALKER BUSH, et al.,        )<br>                                   )<br>    Respondents.                   )<br>_____)<br>KADEER KHANDAN,                    )<br>                                   )<br>    Petitioner,                    )<br>                                   )<br>    v.                             )   Civil Action No. 05-1697 (RBW)<br>                                   )<br>GEORGE WALKER BUSH, et al.,        )<br>                                   )<br>    Respondents.                   )<br>_____)<br>ISSAM HAMID ALI BIN ALI AL JAYFI, et al., )<br>                                   )<br>    Petitioners,                   )<br>                                   )<br>    v.                             )   Civil Action No: 05-2104 (RBW)<br>                                   )<br>GEORGE WALKER BUSH, et al.,        )<br>                                   )<br>    Respondents.                   )<br>_____)| |

| | | |
|---|---|---|
| JABBAROW OYBEK JAMOLIVICH, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No: 05-2112 (RBW) |
| | ) | |
| GEORGE WALKER BUSH, et al., | ) | |
| | ) | |
|    Respondents. | ) | |
| _____ | ) | |
| AMER MOHAMMON, et al., | ) | |
| | ) | |
|    Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No: 05-2386 (RBW) |
| | ) | |
| GEORGE WALKER BUSH, et al., | ) | |
| | ) | |
|    Respondents. | ) | |
| _____ | ) | |
| WASIM, et al., | ) | |
| | ) | |
|    Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No: 06-1675 (RBW) |
| | ) | |
| GEORGE WALKER BUSH, et al., | ) | |
| | ) | |
|    Respondents. | ) | |
| _____ | ) | |
| MAJID KHAN, et al., | ) | |
| | ) | |
|    Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No: 06-1690 (RBW) |
| | ) | |
| GEORGE WALKER BUSH, et al., | ) | |
| | ) | |
|    Respondents. | ) | |
| _____ | ) | |
| HAJI WAZIR, et al., | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No: 06-1697 (RBW) |
| | ) | |
| DONALD RUMSFELD, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

## ORDER

On October 17, 2006, Congress enacted the Military Commissions Act of 2006 ("MCA"), Pub. L. No. 109-366, § 7, 120 Stat. 2600, 2636-37 (2006), which, inter alia, amends 28 U.S.C. § 2241 (2000) in a manner that raises serious questions concerning whether this Court retains jurisdiction to hear the above-captioned cases. See 28 U.S.C. § 2241(e). These questions are currently pending resolution in the United States Court of Appeals for the District of Columbia Circuit. Until the District of Columbia Circuit resolves the jurisdictional questions raised by the MCA, it is this Court's view that it lacks the authority to take any action in these cases. Accordingly, it is hereby

**ORDERED** that all pending motions in the above-captioned cases are hereby DENIED WITHOUT PREJUDICE until such time as the District of Columbia Circuit resolves the question of this Court's jurisdiction to adjudicate these cases.[1] It is further

**ORDERED** that the above-captioned cases are ADMINISTRATIVELY CLOSED. In the event that the District of Columbia Circuit concludes that this Court retains some degree of jurisdiction over any or all of the above-captioned cases, the matters will be automatically re-opened as appropriate.

---

[1] If the District of Columbia Circuit concludes that this Court retains jurisdiction over these cases, either party may move to reinstate the pending motions.

**SO ORDERED** this 31st day of January, 2007.

                                            REGGIE B. WALTON
                                            United States District Judge