IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMEEN MOHAMMAD ALBKRI, *et al.* ) | |
| Petitioners, ) | |
| v. ) | Civil Action No. 04-CV-1639 (RBW) |
| GEORGE WALKER BUSH, ) | |
| *et al.*, ) | |
| Respondents. ) | |

**JOINT STATUS REPORT IN RESPONSE TO COURT'S JUNE 20, 2008 ORDER**

Pursuant to the Court's June 20, 2008 Order (dkt. no. 34), undersigned counsel for petitioner and respondents jointly state as follows:

1) Petitioner Ameen Mohammad Albkri is the sole detainee-petitioner in this habeas corpus case.

2) To date, respondents have not been able to identify petitioner Albkri as a current or former detainee at Guantanamo Bay. Counsel for petitioner and respondents are continuing to discuss the issue of petitioner's identity and the parties will submit a supplemental status report within 30 days.

\\
\\
\\
\\

1

Dated: June 27, 2008                                                  Respectfully Submitted,


By: _____/S/_____                                            _____/S/_____
Gitanjali Gutierrez                                                   Andrew I. Warden
Center For Constitutional Rights                                      United States Department of Justice
666 Broadway                                                          Civil Division, Federal Programs Branch
7th Floor                                                             20 Massachusetts Ave., NW, Rm. 7332
New York, NY 10012                                                    Washington, D.C. 20530
Tel: 212-614-6485                                                     Tel: (202) 616-5084


Attorney for Petitioner                                               Attorney for Respondents