IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

|  |  |
|---|---|
| AMEEN MOHAMMAD ALBKRI, et al., | ) |
| Petitioners, | ) ) ) |
|  | ) Civil Action No. 05-CV-1639 (RBW) |
| GEORGE W. BUSH, et al., | ) ) ) |
| Respondents. | ) |

## NOTICE OF APPEARANCE AND CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Please enter my appearance on behalf of the Petitioners in the above-captioned case. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing these Petitioners without compensation.

Dated:   July 18, 2008

Respectfully submitted,

Counsel for Petitioners:

　/s/
Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6452
Fax: (212) 614-6499