IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTÁNAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| AMEEN MOHAMMAD ALBKRI, et al.<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | No. 05-CV-1639 (RBW) |

## NOTICE OF VOLUNTARY WITHDRAWAL AND DISMISSAL OF PETITION

Petitioners, by and through their undersigned counsel, hereby voluntarily withdraw and dismiss their petition for a writ of habeas corpus, without prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: New York, New York
       July 18, 2008

                    Respectfully submitted,

                    Counsel for Petitioners:

                    /s/ Pardiss Kebriaei
                    Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
                    Gitanjali Gutierrez (Pursuant to LCvR 83.2(g))
                    Shane Kadidal [D.C. Bar No. 454248]
                    CENTER FOR CONSTITUTIONAL RIGHTS
                    666 Broadway, 7th Floor
                    New York, New York 10012
                    Tel: (212) 614-6452
                    Fax: (212) 614-6499